**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 5, 2013

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Baker v. Windham Professionals, Inc.
        Civil Action No. 2:13-cv-00167-WC

Pursuant to the Notice of Voluntary Dismissal with Prejudice filed by the plaintiff on 8/2/2013, and Rule 41(a)(1)(A)(i) of the Fed.R.Civ.P. this case has been closed and removed from the docket of this court.